# MINTZ & GOLD LLP
ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

*SENIOR COUNSEL*
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

*OF COUNSEL*
HONORABLE VITO J. TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ *(dec.)*
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

March 6, 2020

**MEMO ENDORSED**

**Via ECF and Email (Failla_NYSDChambers@nysd.uscourts.gov)**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: *Jose L. Ramirez v. NYP Holdings, Inc.*, Case No. 1:18-cv-12058 (KPF)

Dear Judge Failla:

This law firm represents Defendant NYP Holdings, Inc. ("NYP") in the above referenced matter. We write as a follow-up to our March 5, 2020 letter motion to adjourn the March 19, 2020 status conference to April 3, 2020. Yesterday, we were informed by Your Honor's law clerk that the Court is unavailable on April 3, 2020. As per instructions, we conferred with pro se Plaintiff Ramirez and the parties are available for a status conference on the morning of April 2, 2020. We understand that the Court is available then. We left a voicemail message with Your Honor's law

clerk communicating this information but want to ensure that the Court is also notified of such by letter.

Respectfully submitted,

**MINTZ & GOLD LLP**
*Attorneys for Defendant*

/s/ Steven G. Mintz
Steven G. Mintz
600 Third Avenue, 25th Floor
New York, New York 10016
(212) 696-4848
mintz@mintzandgold.com

cc: Jose L. Ramirez, *pro se Plaintiff* (Via e-mail)

```
The Court is in receipt of Defendant's letter regarding the adjournment of
the conference currently scheduled for March 19, 2020.  The Court hereby
ADJOURNS that conference to April 2, 2020, at 10:30 a.m.

Dated:     March 6, 2020               SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

```
Jose L. Ramirez
691 FDR Drive
Apt. #2 I
New York, NY 10009
```