# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN W. GOLD | 600 THIRD AVENUE | *SENIOR COUNSEL* |
| STEVEN G. MINTZ* | 25TH FLOOR | JACK A. HORN |
| ALAN KATZ | NEW YORK, NEW YORK 10016 | NOREEN E. COSGROVE |
| JEFFREY D. POLLACK* | | MATTHEW S. SEMINARA |
| ELLIOT G. SAGOR | | TIMOTHY J. QUILL, JR. |
| IRA LEE SORKIN | TELEPHONE (212) 696-4848 | JULIA B. MILNE |
| LON JACOBS | FACSIMILE (212) 696-1231 | |
| STEVEN A. SAMIDE | www.mintzandgold.com | *OF COUNSEL* |
| SCOTT A. KLEIN | | HONORABLE VITO J. TITONE *(dec.)* |
| TERENCE W. MCCORMICK | | (NY State Court of Appeals 1985-1998) |
| ROBERT B. LACHENAUER | | HARVEY J. HOROWITZ *(dec.)* |
| ROGER L. STAVIS | | HONORABLE HOWARD MILLER |
| CHARLES A. ROSS** | | (NY Appellate Div. 1999-2010 [ret.]) |
| KEVIN W. GOERING | | AMIT SONDHI* |
| RICHARD M. BRESLOW | | ERIC M. KUTNER |
| KEVIN M. BROWN | | NEAL M. GOLDMAN |
| ALEXANDER H. GARDNER | | ANDREW P. NAPOLITANO† |
| HEATH LORING | | |
| PETER GUIRGUIS | | †ADMITTED TO PRACTICE ONLY BEFORE ALL |
| TIMOTHY H. WOLF** | | COURTS IN NEW JERSEY AND ALL FEDERAL COURTS |
| ANDREW R. GOTTESMAN | | IN NEW YORK CITY |
| RYAN W. LAWLER* | | |
| ADAM K. BRODY | March 24, 2020 | |
| MARIA EVA GARCIA* | | |
| GABRIEL ALTMAN | | |
| ANDREW E. STECKLER | | |
| ALEX J. OTCHY* | | |
| CECE M. COLE | | |

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

**Via ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

Re: *Jose L. Ramirez v. NYP Holdings, Inc.*, Case No. 1:18-cv-12058 (KPF)

Dear Judge Failla:

This law firm represents Defendant NYP Holdings, Inc. ("NYP") in the above referenced matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write regarding the status conference scheduled for April 2, 2020 at 10:30 a.m. The status conference was initially scheduled for March 19, 2020 but due to defense counsel's scheduling conflicts, the parties sought an adjournment. *See* Dkt. No. 42. The court thereafter adjourned the status conference to April 2, 2020. *See* Dkt. No. 44. Defendant makes this second request for an adjournment due to issues related to the recent COVID-19 outbreak. Plaintiff does not consent to this request.

As Your Honor is aware, Governor Cuomo signed an executive order to curtail the spread of COVID-19 that advises New York residents to stay-at-home and maintain social distancing. To

that end, defense counsel is currently not present in the Southern District and does not plan to travel to New York City within the coming weeks.

Given that this is a pro se proceeding, we believe that an in-person appearance is the most efficient means by which to conduct the status conference. As we see no reason why this particular case need proceed during this time, we respectfully request that the Court adjourn the status conference until mid-May 2020 when we are hopeful that the executive order will have been lifted.

Respectfully submitted,

**MINTZ & GOLD LLP**
*Attorneys for Defendant*

/s/ Steven G. Mintz
Steven G. Mintz
600 Third Avenue, 25th Floor
New York, New York 10016
(212) 696-4848
mintz@mintzandgold.com

cc: Jose L. Ramirez, *pro se Plaintiff* (Via e-mail)

```
Application DENIED.  The Court believes that the conference should proceed as
scheduled, but proceed telephonically.  The dial-in information is as
follows: At 10:30 a.m., the parties shall call (888) 363-4749 and enter
access code 5123533.  Please note, the conference will not be available prior
to 10:30 a.m.

Given Plaintiff's  pro se status, the Court ORDERS Defendant to transmit a
copy of this Order to Plaintiff by e-mail and to ensure that Plaintiff is
aware of the time of, date of, and means of joining, the conference.

Dated:    March 24, 2020                    SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

```
Jose L. Ramirez
691 FDR Drive
Apt. #2 I
New York, NY 10009
```